*IT IS SO ORDERED*
*Judge James Ware*

| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JULIA M. ADAMS (State Bar No. 230795) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 2806 Van Ness Avenue<br>San Francisco, CA 94109 |
| 4 | Telephone: 415/674-8600<br>Facsimile: 415/674-9900 |
| 5 | |
| 6 | Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT,<br>EDUCATION SERVICES: HELPING YOU HELP OTHERS |
| 7 | THOMAS M. GOSSELIN (State Bar No. 104470)<br>SERVANDO R. SANDOVAL (State Bar No. 205339) |
| 8 | PAHL & GOSSELIN<br>*A PROFESSIONAL CORPORATION* |
| 9 | 160 West Santa Clara Street<br>Fourteenth Floor |
| 10 | San Jose, California 95113-1700<br>Telephone: 408/286-5100 |
| 11 | Facsimile: 408/286-5722 |
| 12 | Attorneys for Defendants GILROY BOWL; SANTA TERESA LANES, INC.; and GRACE<br>KAWANO & TOM KAWANO, dba GILROY BOWL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI, an individual; and<br>DISABILITY RIGHTS ENFORCEMENT,<br>EDUCATION SERVICES:HELPING<br>YOU HELP OTHERS, a California public<br>benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GILROY BOWL; SANTA TERESA<br>LANES, INC., a California corporation;<br>and GRACE KAWANO & TOM<br>KAWANO, dba GILROY BOWL,<br><br>Defendants.<br>_____ | CASE NO. C 04-2222 JW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL**<br>**[F.R.C.P. Rule 41 (a)(2); Civil L.R. 7-12]** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs JAREK MOLSKI, an
2  individual, and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:
3  HELPING YOU HELP OTHERS, a California public benefit corporation (collectively referred to
4  hereinafter as "Plaintiffs"), and Defendants GILROY BOWL, SANTA TERESA LANES, INC.,
5  a California corporation, and GRACE KAWANO & TOM KAWANO, dba GILROY BOWL
6  (collectively referred to hereinafter as "Defendants"), by and through their respective counsel of
7  record, that the parties have resolved the above-captioned matter in its entirety.
8  IT IS FURTHER STIPULATED AND AGREED between the parties that, pursuant to
9  Federal Rule of Civil Procedure, Rule 41(a)(1), the entire action can be dismissed with prejudice,
10 each party to bear their own attorneys' fees and costs.

11 Dated: 2/2, 2006

THOMAS E. FRANKOVICH,
A PROFESSIONAL LAW CORPORATION

Julia M. Adams

Counsel for Plaintiffs, JAREK MOLSKI and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES: HELPING YOU HELP
OTHERS

17 Dated: Feby 2, 2006

PAHL & GOSSELIN
A PROFESSIONAL CORPORATION

Servando R. Sandoval

Counsel for Defendant, GILROY BOWL; SANTA
TERESA LANES, INC., a California corporation;
and GRACE KAWANO & TOM KAWANO, dba
GILROY BOWL

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Having reviewed the above Stipulation of the parties in the above-captioned action, and |
| 3 | good cause appearing therefor, |
| 4 | **IT IS HEREBY ORDERED** that: |
| 5 | The entire action entitled *Jarek Molski, et al. v. Gilroy Bowl, et al.,* Case No. C04-2222 |
| 6 | JW, is hereby dismissed with prejudice, each party to bear their own costs and fees. |
| 7 | IT IS SO ORDERED |
| 8 | DATED: 02/08/06 |

Judge of the United States District Court